UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE SUBPOENA TO ARNOLD WORLDWIDE, LLC.* | * * * * |
| POM WONDERFUL LLC, a Delaware limited liability company, | * * * |
| Plaintiff, | * * |
| v. | *   Misc. A. No. 11-91182-JLT |
| | * |
| OCEAN SPRAY CRANBERRIES, INC., a Delaware corporation; and DOES 1-10 inclusive, | * * * |
| Defendants. | * * |
| AND RELATED COUNTERCLAIM | * |

ORDER

October 25, 2011

TAURO, J.

After a Hearing held on October 25, 2011, this court has determined that Pom Wonderful, LLC has not provided a persuasive reason as to why Arnold Worldwide, LLC should testify at a deposition or produce documents on topics other than: (1) Ocean Spray's Cranberry & Pomegranate Flavored Juice Blended with Three Juices from Concentrate with Added Ingredients[1] and (2) Ocean Spray's work with Arnold targeting and investigating Pom Wonderful, LLC specifically.[2]

---

[1] Referred to by Pom Wonderful, LLC as "Cranberry & Pomegranate product."

[2] See Order on Plaintiff and CounterDefendant's Motion to Compel Further Response and Production of Documents, Pom Wonderful LLC v. Ocean Spray Cranberries, Inc., No. 09-00565-

This court hereby orders that:

1. Third Party Arnold Worldwide, LLC's <u>Motion to Quash, or in the Alternative, to Modify Plaintiff's Subpoena to Testify at a Deposition in a Civil Action</u> [#1] is ALLOWED. Arnold Worldwide, LLC must comply with the subpoena to testify at a deposition and to produce documents by Tuesday, November 8, 2011. The deposition and the production of documents are limited to the following topics:

    i. Ocean Spray's Cranberry & Pomegranate Flavored Juice Blended with Three Juices from Concentrate with Added Ingredients.[3]

    ii. Ocean Spray's work with Arnold targeting and investigating Pom Wonderful, LLC specifically.

2. POM Wonderful, LLC's <u>Application for Order to Show Cause as to Why Third Party Arnold Worldwide LLC Should Not Be Held in Contempt for Disobedience of Deposition Subpoena and Request for Oral Argument</u> [#7 and #8] is DENIED.

3. Arnold Worldwide LLC's <u>Motion to Strike POM Wonderful's Motion for Contempt</u> [#11] is DENIED AS MOOT.

IT IS SO ORDERED.

             /s/ Joseph L. Tauro
             United States District Judge

---

DDP (C.D. Cal. Nov. 3, 2010), ECF no. 104 (limiting discovery from Ocean Spray to documents that reference Ocean Spray's Cranberry & Pomegranate Flavored Juice Blended with Three Juices from Concentrate with Added Ingredients).

[3] This includes all documents that refer to Ocean Spray's Cranberry & Pomegranate Flavored Juice Blended with Three Juices from Concentrate with Added Ingredients, even if these documents also refer to other products.